UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **WALTER G. DURGIN,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**SOCIAL SECURITY ADMINISTRA-** )<br>**TION COMMISSIONER,** )<br>)<br>**Defendants** ) | No. 1:10-cv-422-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 23) filed October 5, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's final decision is **AFFIRMED** and judgment is entered in favor of the Commissioner.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 26th day of October, 2011.