# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| WALTER G. DURGIN, | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) No. 1:10-cv-422-GZS |
| | ) |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) |
| | ) |
| **Defendants** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 23) filed October 5, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's final decision is **AFFIRMED** and judgment is entered in favor of the Commissioner.

    /s/ George Z. Singal
    United States District Judge

Dated this 26th day of October, 2011.